UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JOSEPH J. FOSTANO,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

_____/

# COMPLAINT
# JURY DEMAND

1.  Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.  This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1332, 1367 and 15 U.S.C. §1692k Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

3.  With respect to Plaintiff's claim under the TCPA, this Court both has diversity jurisdiction under 28 U.S.C. §1332 and supplemental jurisdiction under 28 U.S.C. §1367. The citizenship of the parties are Florida and Pennsylvania.

Plaintiff alleges in excess of 50 violations of the TCPA. The TCPA provides for damages of up to $1,500 per violation. Accordingly, the amount is controversy is in excess of $75,000, and exceeds the threshold amount required to establish diversity jurisdiction of $75,000.

4. With respect to Plaintiff's claim under the FDCPA, this Court has federal question jurisdiction as the claim arises under federal law – the FDCPA.

## PARTIES

5. Plaintiff, JOSEPH J. FOSTANO, is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

6. Defendant, NCO FINANCIAL SYSTEMS, INC., is a corporation and citizen of the State of Pennsylvania with its principal place of business at 507 Prudential Road, Horsham, Pennsylvania, 19044.

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8. Defendant regularly collects or attempts to collect debts for other parties.

9. Defendant is a "debt collector" as defined in the FDCPA.

10. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

11. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

12. Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

February 23, 2009, 2:35 PM
This message is for Joseph Fostano. Joseph, my name is Ms. Opal. Very important that I speak to you today. I have to do employment verification on you and I didn't want to do it until I speak to you. Give me a call back at 866-290-7251. 866-290-7251 extension is 292046, 292046. Joe it is very important that you return this call as soon as possible. Thank you.

February 23, 2009, 2:40 PM
This message is for Joe. Joe, my name is Ms. Opal. Please return this call as soon as possible. The number is 866-290-7251.

February 25, 2009
Joseph Fostano please return this call as soon possible. The number is 866-290-7251, 866-290-7251 extension 292046, 292046. Thank you.

March 13, 2009
This confidential and important message is meant solely for Joe Fostano. This is Keisha. The law requires that I notify you I'm calling from NCO Fiancial Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained is used for that purpose. Please call me back today at 877-354-2823, extension 4644. And when you're calling back reference number is 292046. Once again, the number is 877-354-2823, extension 4644. Thank you.

April 10, 2009
Hi. This confidential and important message is meant solely for Joseph Fostano. This is Devon calling and the law requires that I notify you that I'm calling from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please give me a call me back today at 1-877-354-2823, extension 4064. And when you do call in please use reference ID number 292046. Once again, my number is 1-877-354-2823, extension 4064. Thank you.

April 15, 2009
This confidential and important message is meant solely for Joseph Fostano. This is Herman Johnson. The law requires that I notify you that I'm calling from NCO Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please call me back today at 1-888-899-6775, extension 4653 with the reference number of 292046. Once again, my number is 1-888-899-6775 and my extension is 4653 with the reference number of 292046 and thank you.

April 16, 2009
This confidential and important message is meant solely for Joseph Fostano. This is Herman Johnson. The law requires that I notify you that I'm calling from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please give me a call me back today at 1-888-899-6775, extension 4653 with the reference of 292046. Once again, my number is 1-888-899-6775, extension 4653 with the reference number of 292046. Thank you.

April 17, 2009
This confidential and important message is meant solely for Joseph Fostano. This is Herman Johnson. The law requires that I notify you that I'm calling from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please give me a call me back today at 1-877-354-2823, extension 4653 with the reference number of 292046. Once again, 877-354-2823, extension 4653 with the reference number of 292046. Thank you.

April 20, 2009
This confidential and important message is meant solely for Joseph Fostano. This is Herman Johnson. The law requires that I notify you that I'm calling from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Can you give me a call me back today 877-354-2823, extension 4653 with the reference ID number of 292046. Once again, your reference ID number is 292046. Thank you.

April 20, 2009 – Call to Home Phone Number
This _____ (inaudible) message is from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an

attempt to collect a debt. Any information obtained will be used for that purpose. Please give us a call back today 877-354-2823, extension 4653 with a reference ID number of 292046. Thank you.

April 23, 2009
This confidential and important message is meant solely for Joseph Fostano. This is Herman Johnson. The law requires that I notify you that I'm calling from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. I need a call back today at 877-354-2823, extension 4653 with a reference ID number of 292046. Thank you.

April 24, 2009
This confidential and important message is meant solely for Joseph Fostano. This is Herman Johnson. The law requires that I notify you that I'm calling from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please give me a call back today at 877-354-2823, extension 4653 with a reference ID number of 292046. Thank you.

April 25, 2009
This confidential and important message is solely meant for Joseph Fostano. This is Herman Johnson. The law requires that I notify you that I'm calling from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please give me a return call back today at 877-354-2823. My extension is 4653 with a reference ID number of 292046. Thank you.

April 28, 2009
This is an important message from NCO Financial Systems.  The law requires that I notify you that this is a debt collection company and that this is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Please give a call back at 877-354-2823 Extension 4653 with a Reference ID Number of 292046. Thank you.

April 29, 2009
This confidential message is solely meant for Joseph Fostano. This is Herman Johnson. The law requires that I notify you that I'm calling from NCO Financial Systems, a debt collection company and that this is an attempt to collect a debt. Any information obtained will be used for that

purpose. Please give me a call back at 877-354-2823, extension 4653 with a reference ID number of 292046. Thank you.

May 2, 2009
This confidential and important message is for Joseph Fostano.  This is Herman Johnson.  The law requires that I notify you I'm calling from a debt collection company and that this is an attempt to collect a debt.  Any information obtained will be used for that purpose.   I need a call back today 877-354-2823 Extension 4653.  When calling back, use Reference ID Number 292046.  Thank you.

May 4, 2009
This important and confidential message is solely for Joseph Fostano.  This is Herman Johnson.  The law requires that I notify you.  I'm calling from NCO Financial Systems, a debt collection company.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.   I need a call back today at 877-354-2823 Extension 4653 with a Reference ID Number of 292046.  Thank you.

May 5, 2009
This confidential and important message is solely meant for Joseph Fostano.  This is Herman Johnson.  The law requires I notify you that I'm calling from NCO Financial Systems, a debt collection company.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Could you give me a call back today 877-354-2823 Extension 4653 with a Reference ID Number of 292046.  Thank you.

May 6, 2009
This confidential and important message is solely meant for Joseph Fostano.  This is Herman Johnson.  The law requires that I notify you that I'm calling from NCO Financial Systems, a debt collection company.  Please give me a call back at 877-354-2823 Extension 4653 with a Reference ID Number of 292046.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Thank you.

May 11, 2009
This confidential and important message is solely meant for Joseph Fostano.  This is Herman Johnson.  The law requires I notify you that I'm calling from NCO Financial Systems, a debt collection company.  Please give me a call back today at 877-354-2823 Extension 4653 with a Reference ID Number of

292046.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Thank you.

May 14, 2009
This confidential and important message is solely meant for Joseph Fostano.  This is Herman Johnson.  The law requires that I notify you that I'm calling from NCO Financial Systems, a debt collection company.  Please return my call at 877-354-2823 Extension 4653 with your Reference ID Number of 292046.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Thank you.

May 15, 2009
This confidential and important message is solely for Joseph Fostano.  This is Herman Johnson.  The law requires I notify you I'm calling from NCO Financial Systems, a debt collection company.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Please give me a return call back today at 877-354-2823 Extension 4653 with a Reference ID Number of 292046.  Thank you.

May 16, 2009
This confidential and important message is solely meant for Joseph Fostano.  This is Herman Johnson.  The law requires that I notify I'm calling from NCO Financial Systems, a debt collection company.  Please return my call at 877-354-2823 Extension 4653 with a Reference ID Number of 292046.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.

May 20, 2009
This confidential and important message is solely meant for Joseph Fostano.  This is Herman Johnson.  The law requires that I notify you that I'm calling from NCO Financial Systems, a debt collection company.  Please return my call back today at 877-354-2823 Extension 4653 with your Reference ID Number of 292046.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Thank you.

May 21, 2009
This message is for Joseph Fostano.  This is Herman Johnson.  The law requires that I notify you I'm calling from NCO Financial Systems, a debt collection company.  Please return my call at 877-354-2823 Extension 4653

with your Reference ID Number of 292046.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Thank you.

May 30, 2009
This confidential and important message is solely meant for Joseph Fostano.  This is Herman Johnson.  Please return my call at 877-354-2823 Extension 4653 with your Reference ID Number of 292046.  I'm calling from NCO Financial Systems.  The law requires that I notify you that this is a debt collection company and this is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Thank you.

June 1, 2009
This confidential and important message is solely meant for Joseph Fostano.  This is Herman Johnson.  Please return the call at 877-354-2823.  My Extension is 4653.  Your Reference ID Number is 292046.  I'm calling from NCO Financial Systems.  The law requires that I notify you that this is a debt collection company and this is an attempt to collect a debt.  Any information obtained will be used for that purpose.

June 10, 2009, 1:38 PM – Pre-Recorded Message
Hello.  This is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 800-265-7193.  Once again, the number is 800-265-7193.  When calling, please use Reference ID 292046.  Thank you.  Goodbye.

June 10, 2009, 1:53 PM – Pre-Recorded Message
This is an important message from NCO Financial Systems.  Please return the call today at 877-354-2823 Extension 4653.  Reference ID Number is 292046.  Once again, 877-354-2823 Extension 4653.  Reference ID Number to use is 292046.  The law requires I notify I'm calling from NCO Financial Systems, a debt collection company and that this is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Thank you.

June 11, 2009 – Pre-Recorded Message
Hello.  This is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 877-

354-2823.  Once again, the number is 877-354-2823.  When calling, please use Reference ID 292046.  Thank you.  Goodbye.

June 12, 2009 – Pre-Recorded Message
Hello.  This is an important message from NCO Financial Center Corporation.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 877-354-2823.  Once again, the number is 877-354-2823.  When calling, please use Reference ID 292046.  Thank you.  Goodbye.

June 19, 2009, 9:33 AM
That we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Kim D'Marco back today at 1-877-354-2823.  Once again, the number is 1-877-354-2823.  Thank you.  292046 is your Reference ID.  Again, your reference ID is 292046.

June 19, 2009, 12:49 PM
This confidential and important message is meant for Joseph Fostano.  I am Miss Jordan.  The law requires that I notify you I'm calling from NCO Financial Systems, a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  I need a call back at 877-354-2823.  When returning this call, please use Reference ID Number 92046.  Thanks.

June 22, 2009
Hello.  This confidential and important message is meant solely for Joseph Fostano.  This is Salvatore Bouve.  The law requires that I notify you that I'm calling from NCO Financial Systems Incorporated, a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please give me a call back today at 1-877-354-2823 at Extension 4730.  When calling back, please have the Reference Number 292046.  Once again, the number to contact me is 1-877-354-2823.  Thank you.

June 23, 2009
This confidential and important message is meant for Joseph Fostano. My name is George (inaudible). The law requires that I notify you that I'm calling from NCO Financial Systems, a debt collection company. This is an

9

attempt to collect a debt. Any information obtained will be used for that purpose. I do need a call back at 877-354-2823, an my extension 4673 , When returning my call please use reference ID number of 292046. Thank you.

June 26, 2009
(inaudible) Financial important message for Joseph Fostano, this Kim calling from NCO Financial. The law requires that I notify you that I am calling from a debt collection company; this is an attempt to collect a debt. Any information obtained is used for that purpose. Please return the call at 877-354-2823, when calling back refer to reference number 292046.again that toll free number is 877-354-2823 Thank you.

September 10, 2009 – Pre-Recorded Message
Hello.  This is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 800-265-7193.  Once again, the number 800-265-7193.  When calling, please use Reference ID 292046.  Thank you.

June 19, 2009, 12:49 PM
This confidential and important message is meant for Joseph Fostano.  I am Miss Jordan.  The law requires that I notify you I'm calling from NCO Financial Systems, a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  I need a call back at 877-354-2823.  When returning this call, please use Reference ID Number 92046.  Thanks.

June 22, 2009 – Pre-Recorded Message
Hello.  This confidential and important message is meant solely for Joseph Fostano.  This is Salvatore Bouve.  The law requires that I notify you that I'm calling from NCO Financial Systems Incorporated, a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please give me a call back today at 1-877-354-2823 at Extension 4730.  When calling back, please have the Reference Number 292046.  Once again, the number to contact me is 1-877-354-2823.  Thank you.

June 23, 2009 – Pre-Recorded Message

This confidential and important message is meant for Joseph Fostano. My name is George (inaudible). The law requires that I notify you that I'm calling from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. I do need a call back at 877-354-2823, an my extension 4673 , When returning my call please use reference ID number of 292046. Thank you.

June 26, 2009
…Financial important message for Joseph Fostano,  This Kim calling from NCO Financial. The law requires that I notify you that I am calling from a debt collection company; this is an attempt to collect a debt. Any information obtained is used for that purpose. Please return the call at 877-354-2823, when calling back refer to reference number 292046. Again that toll free number is 877-354-2823 Thank you.

August 28, 2009 – Pre-Recorded Message
Hello, this is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 877-354-2824. Once again, the number is 877-354-2824. When calling, please use reference ID 292046. Thank you, goodbye.

September 2, 2009
This confidential and important message is meant only for Joseph Fostano. This is Tristan. Law requires I notify you I'm calling from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt, and any information obtained is used only for that purpose. If you could please give me a call back today, my number here is 877-354-2823 and my extension 4640 with reference ID number 292046. Again that number is 877-354-2823 at my extension 4640 with reference ID number 292046. Thank you.

September 10, 2009
Hello.  This is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 800-

11

265-7193.  Once again, the number 800-265-7193.  When calling, please use Reference ID 292046.  Thank you.

<u>January 19, 2010 – Call NOT for Joseph</u>
This is a confidential and important message meant solely for Joanna Calacksi. This is Miss Cole calling. Please be advised I'm calling from NCO Financial Systems, this has been an attempt to collect on a debt, any information obtained (inaudible) will be used for that purpose. Phone number here 866-479-4705. Thank you.

13.   Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

14.   The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

15.   Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

16.   Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

17.   Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

18. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

19. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

20. Plaintiff incorporates Paragraphs 1 through 19.

21. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

22. Plaintiff incorporates Paragraphs 1 through 19.

23. Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-

13

recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

24.    Plaintiff incorporates Paragraphs 1 through 19.

25.    By using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

26.    The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit;

  c. declaring that Defendant's practices violate the FCCPA;

  d. permanently injoining Defendant from engaging in the complained of practices; and

  e. Such other or further relief as the Court deems proper.

## COUNT IV
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

27. Plaintiff incorporates Paragraphs 1 through 19.

28. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. a declaration that Defendant's calls violate the TCPA;

  c. a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

      d.      Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com
>
>
>By: s/ Donald A. Yarbrough
>Donald A. Yarbrough, Esq.
>Florida Bar No. 0158658